# United States Court of Appeals for the Federal Circuit

---

May 22, 2020

**ERRATA**

---

Appeal No. 2019-1493

**HUAWEI TECHNOLOGIES CO., LTD.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

Decided: May 14, 2020
Non-Precedential Opinion

---

Please make the following changes:

On page 3, line 8: change "acknowledgement" to "acknowledgment".
On page 3, line 29: change "wastes" to "waste".
On page 5, line 6: change "claims," to "claims".
On page 8, line 32: change "conveyed" to "conveyed.".